Mrs. Emma TYNER et al., Plaintiffs in Error, v. John L. KEITH, Defendant in Error.
(No. 1174—5159.)

Commission of Appeals of Texas, Section A.
Feb. 13, 1929.

James H. Rachford, of Beaumont, for plaintiffs in error.

E. L. Nall, King & Jackson, Leon Sonfield, and A. L. Calhoun, all of Beaumont, and J. W. Williams, of Port Arthur, for defendant in error.

HARVEY, P. J. The facts of this case are similar to those in the case of Mrs. Emma Tyner et al. v. John La Coste, 13 S.W.(2d) 685, this day decided; and the same questions of law are presented in the two cases. Our holdings in that case control the disposition of this case. We therefore recommend that the judgment of the Court of Civil Appeals affirming the judgment of the trial court herein be affirmed.

CURETON, C. J. Judgments of the district court and Court of Civil Appeals both affirmed, as recommended by the Commission of Appeals.